464 A.2d 521

Commonwealth v. Morris, Appellant.

Submitted September 9, 1981. Richard J. Conn, for appellant; Sarah Vandenbraak, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., HESTER and McEWEN, JJ.

Judgment of sentence of the lower court is affirmed.